In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00156-CR
_____

KINDALL SCOTT MOORE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 10-09360

MEMORANDUM OPINION

On March 11, 2013, the trial court sentenced Kindall Scott Moore on a conviction for delivery of a controlled substance. Moore filed a notice of appeal on April 1, 2013. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On April 4, 2013,

1

we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered May 15, 2013
Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.